**IT IS ORDERED as set forth below:**

Date: September 09, 2009

_____
**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: MONICA LASHUN DAVIS | ) | CHAPTER 7 |
| | ) | |
| Debtor | ) | CASE #09-76997-pwb |
| | ) | |
| IBM SOUTHEAST EMPLOYEES' FEDERAL CREDIT UNION | ) ) | JUDGE BONAPFEL |
| | ) | |
| Movant, | ) | CONTESTED MATTER |
| v. | ) | |
| | ) | |
| MONICA LASHUN DAVIS | ) | |
| | ) | |
| Respondent. | ) | |

**CONSENT ORDER ON MOTION FOR RELIEF FROM STAY**

In her Statement of Intentions, the Debtor Monica Lashun Davis has proposed to surrender her 2002 BMW X5 pledged to IBM Southeast Employees' Federal Credit Union (hereinafter referred to as "IBM").

IBM filed its Motion for Relief from Stay pursuant to Section 362 (Docket #9) to allow relief from the stay to foreclose its interests against the 2002 BMW X5.

It appearing the Debtor's counsel has consented to this Motion and the Debtor's Chapter 7 Trustee, William J. Layng, Jr., Esq., has no opposition to this Motion, therefore, for good cause shown, it is hereby:

ORDERED that IBM is allowed the requested relief and the automatic stay is hereby modified to permit the exercise of IBM's rights granted under the Debtor's purchase money automobile loan and the Debtor's Open-end Credit Plan and appropriate state law to foreclose its interests against the 2002 BMW X5 automobile pledged to IBM; and it is further:

ORDERED that if IBM receives any excess proceeds after satisfaction of the principal and interest due and owing by Debtor and recovery of the attorney's fees and expenses of foreclosure all such net proceeds shall be paid over to the Debtor's Chapter 7 Trustee, William J. Layng, Jr., Esq.

**[END OF DOCUMENT]**

PREPARED AND SUBMITTED BY:

s/_____
Robert S Wayne
Attorney for IBM Southeast
Employees' Federal Credit Union
GA Bar #: 742750
201 Swanton Way.
Decatur, GA 30030
(404) 378-7200/ facsimile: (404) 373-1340

**Consent to Motion:**

s/_____ *w/ permission*
Delaycee Rowland, Esq.
Ga. Bar #777359
Clark & Washington, P.C.
Attorney for Debtor
3300 Northeast Expressway
Bldg. 3, Suite A
Atlanta, GA 30341
(404) 522-2222

**No opposition to Order:**

s/_____ *w/ permission*
William J. Layng, Jr., Esq.
Chapter 7 Trustee
Ga. Bar #444550
Pendergast & Jones, PC
South Terraces, Suite 1000
115 Perimeter Center Place
Atlanta, GA 30346
(678) 578-3095

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: MONICA LASHUN DAVIS | ) | CHAPTER 7 |
| | ) | |
| Debtor | ) | CASE #09-76997-pwb |
| | ) | |

---

| | | |
|---|---|---|
| IBM SOUTHEAST EMPLOYEES' | ) | JUDGE BONAPFEL |
| FEDERAL CREDIT UNION | ) | |
| | ) | |
|     Movant, | ) | CONTESTED MATTER |
| v. | ) | |
| | ) | |
| MONICA LASHUN DAVIS | ) | |
| | ) | |
|     Respondent. | ) | |

**Distribution List Notice of Parties in Interest**

Monica Lashun Davis
2192 Kenney Court
East Point, GA 30344

E. L. Clark, Esq.
Clark & Washington, P.C.
Attorney for Debtor
Bldg. 3, Suite A
3300 Northeast Expwy.
Atlanta, GA 30341

William J. Layng, Jr., Esq.
Chapter 7 Trustee
Pendergast & Jones, PC
South Terraces, Suite 1000
115 Perimeter Center Place
Atlanta, GA 30346

This the 8th day of September, 2009.

LAW OFFICES ROBERT S. WAYNE

BY: _____
     Robert S Wayne
     Attorney for IBM Southeast
     Employees' Federal Credit Union
     GA Bar No.:  742750

201 Swanton Way
Decatur, Georgia  30030
(404)378-7200