**IT IS ORDERED as set forth below:**

Date: October 01, 2009

_____
**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | : CASE NO 09-76997-PWB |
| | : |
| MONICA LASHUN DAVIS | : CHAPTER 7 |
|     Debtor | : |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - |
| U.S. BANK, N.A., IT`S SUCCESSORS AND/OR ASSIGNS, | : |
|     Movant, | : |
| | : CONTESTED MATTER |
| vs. | : |
| | : |
| MONICA LASHUN DAVIS | : |
| WILLIAM J. LAYNG, JR., Trustee | : |
|     Respondents. | : |
| | : |

**ORDER MODIFYING AUTOMATIC STAY**

A hearing on the above-styled Motion for Relief from Automatic Stay (Doc #17) filed August 21, 2009 by U.S. BANK, N.A., IT`S SUCCESSORS AND/OR ASSIGNS, its successors and assigns (the "Movant"), came before this Court as scheduled on **September 9, 2009**. Relief is sought on the Debtor`s real property located in Clayton County, Georgia, now or formerly known as 119 McFerrin Place, Riverdale, GA 30274 (the "Property"), as more particularly

described on Exhibit "A" attached to the Motion for Relief from Automatic Stay. Neither Debtor nor the Trustee oppose the relief sought. Movant alleges the Motion was properly served and that the hearing was properly noticed. Accordingly, it is hereby

**ORDERED** that the Motion is **GRANTED** as follows: the automatic stay pursuant to 11 U.S.C. § 362 is hereby **MODIFIED** to allow Movant to proceed to obtain possession of and foreclose or otherwise dispose of the Property in pursuit of its state law remedies, including, but not limited to, commencing or continuing dispossessory proceedings, or taking action against said property to recover upon its secured claim; however, any proceeds remaining after foreclosure or other disposition of the property which exceed the lawful debt and the expenses of sale incurred by Movant (if allowed by law and the Note) shall be remitted promptly to the Chapter 7 Trustee. The 10 day stay provided in Bankruptcy Rule 4001 (a)(3) shall not apply to this Order and Movant may proceed without further delay.

**[END OF DOCUMENT]**

Prepared and Submitted by:

/s/Matthew J. Lee
Matthew J. Lee
Attorney for Movant
Georgia State Bar No. 140814
Adorno & Yoss, LLC
1349 West Peachtree Street
Suite 1500
Atlanta, GA 30309
(404) 347-8300
mlee@adorno.com

DISTRIBUTION LIST

Monica Lashun Davis
2192 Kenney Court
East Point, Ga 30344


E.L. Clark, Esq.
Clark & Washington, P.C.
3300 Northeast Expressway
Building 3, Suite A
Atlanta, GA 30341

William J. Layng, Jr., Trustee
Pendergast & Jones, PC
South Terraces, Suite 1000
115 Perimeter Center Place
Atlanta, GA 30346

U.S. Trustee
Office of the US Trustee
75 Spring Street, Suite 362
Atlanta, GA 30303


Matthew J. Lee, Esq.
Adorno & Yoss, LLC
1349 West Peachtree Street
Suite 1500
Atlanta, GA 30309